435 A.2d 178

In re ESTATE OF Nick KALICH, Deceased.

(Appeal of George J. KALICH, Administrator of Estate).

Helen FREDICAN, Margaret Roman, Ann Pluta, George Kalich, Michael Kalich and Richard Kalich, Appellants,

v.

Andrew J. KALICH and Alice Kalich, His Wife, Appellees.

Supreme Court of Pennsylvania.

Argued Sept. 14, 1981.

Decided Oct. 8, 1981.

Arthur M. Wilson, Wilson & Johnson, Washington, for appellants.

John J. Moschetta, Jr., Washington, for appellees.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

## OPINION OF THE COURT

PER CURIAM:

The Decrees of the Court of Common Pleas of Washington County are affirmed.